IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| KELLY GONZALEZ | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 6:17-cv-00543-PGB-DCI |
| | ) | |
| PNC BANK, N.A. | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBIT INDEX**

| Exhibit | Title |
|---|---|
| A | Declaration of Julie Cart |
| A-1 | PNC Job Descriptions for Branch Manager positions held by Kelly Gonzalez |
| A-2 | PNC's Branch Success Guide |
| A-3 | PNC's pre-defined goals for Branch Managers |
| A-4 | June 1, 2015 Email from Julie Cart to Marc San Giovanni |
| B | Declaration of Marc San Giovanni |
| B-1 | October 27, 2014 Email from Marc San Giovanni to Branch Managers |
| B-2 | November 17, 2014 Email from Marc San Giovanni to Regional Coordinator Denise Niemiec |
| B-3 | Written Warning dated October 21, 2014 delivered to Branch Manager Joshua Burr |
| B-4 | PNC 2014 YTD Report |
| B-5 | May 8, 2015 Email from Marc San Giovanni to Branch Managers |
| B-6 | May 28, 2015 Email from Marc San Giovanni to Renee Cuffee |
| B-7 | June 1, 2015 Email from Marc San Giovanni to Kelly Gonzalez |
| C | Excerpts of Deposition of Kelly Gonzalez and exhibits |
| D | Excerpts of Deposition of Brandy Ruffner and exhibits |
| E | Declaration of Brandy Ruffner |
| E-1 | ERIC Case Report dated November 17, 2014 |
| E-2 | PNC's FML Policy |
| F | Excerpts of Deposition of Marc San Giovanni and exhibits |
| G | Declaration of Michael Walaan |
| G-1 | ERIC Case Report dated October 24, 2012 |
| G-2 | ERIC Case Report dated March 4, 2013 |
| G-3 | ERIC Case Report dated October 1, 2014 |
| G-4 | ERIC Case Report dated November 18, 2014 |

| H | Declaration of Renee Cuffee |
|---|---|
| H-1 | ERIC Case Report dated January 26, 2015 |
| H-2 | ERIC Case Report dated April 27, 2015 |
| I | Excerpts of Deposition of Renee Cuffee |
| J | PNC's Answers to Plaintiff's Interrogatories |
| K | Declaration of Beatrice Ginebra |

Firmwide:155587216.1 090143.1072